UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MONIQUE A. COBBS,**

      **Plaintiff,**             Case No. 2:21-cv-4036
                                               JUDGE EDMUND A. SARGUS, JR.
   v.                         Magistrate Judge Chelsey M. Vascura

**PICKERINGTON LOCAL
CITY SCHOOL DISTRICT, et al.,**

      **Defendants.**

### OPINION AND ORDER

This matter is before the Court on Defendants' Motion to Dismiss (ECF No. 4). The Court ordered Plaintiff to respond to the motion by March 13, 2022 (ECF No. 6) but Plaintiff did not respond. The Court considers the motion unopposed.

Plaintiff filed this action on July 29, 2021, alleging that Defendants Pickerington Schools and Superintendent Christopher Briggs discriminated against her based on her race in violation of 42 U.S.C. § 1981. (*See generally* Compl., ECF No. 1.) Defendants filed a motion to dismiss on the grounds that §1981 does not provide a cause of action against state actors. (ECF No. 4 at 3.) The Court agrees. *See Arendale v. City of Memphis*, 519 F. 3d 587, 594 (6th Cir. 2008) (citing *Jett v. Dallas Indep. Sch. Dist.*, 491 U.S. 701 (1989)) (declining to extend Section 1981's implicit cause of action to suits "against state actors."). Because Plaintiff cannot assert § 1981 claims against Pickerington Schools and Superintendent Briggs, Defendants' motion to dismiss (ECF No. 4) is **GRANTED**. The Clerk is directed to close this case.

      **IT IS SO ORDERED.**


**3/23/2022**                                                                 s/Edmund A. Sargus, Jr.
**DATED**                                                                   **EDMUND A. SARGUS, JR.**
                                                                                      **UNITED STATES DISTRICT JUDGE**