# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

MONIQUE A. COBBS,
*Plaintiff*

v.

PICKERINGTON LOCAL
CITY SCHOOL DISTRICT, et al.,
*Defendant*

)
)
)
)
)
)

Civil Action No. 2:21-cv-4036

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Opinion and Order filed 3/23/2022 the Court GRANTS ECF No. [4] Defendants' Motion to Dismiss. This case is Closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 03/23/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*